Attorney for Plaintiffs Raymond Bonnet and Fannie Bonnet
Price Ainsworth
Law Offices of Price Ainsworth, P.C.
48 East Avenue
Austin, Texas 78701
512-474-6061

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Case No. C 05 04582 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Raymond Bonnet and Fannie Bonnet,<br>　　　　　　　　Plaintiffs,<br>　vs.<br>Pfizer Inc, et al.,<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Raymond Bonnet and Fannie Bonnet and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: Sept 4, 2009    By: _____
Price Ainsworth
Law Offices of Price Ainsworth, P.C.
48 East Avenue
Austin, Texas 78701
512-474-6061

Attorney for Plaintiffs, Raymond Bonnet and Fannie Bonnet

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| DATED: Oct. 12, 2009 | By: _[signature]_ |

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/09

Hon. Charles R. Breyer

**IT IS SO ORDERED**
Judge Charles R. Breyer

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE